# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TRAYON JOEY THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-108 |
| | ) | |
| SHERIFF JOHN WILCHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court previously recommended the dismissal of plaintiff's suit for failing to comply with the Court ordered deadlines to provide copies of the Prisoner Trust Account Statement and Consent to Collection of Fees forms. Doc. 4. Plaintiff has now complied. Docs. 5, 6. As a result, the Court **VACATES** its prior recommendation.

However, Plaintiff has signed his Consent to Collection of Fees as "RaHarrakte Sahu Atum-Rayay D/B/A/ 'EX REL' Trayon Joey Thomas 0208-1992[unintelligible] UCC-305, UCC-505, UCC3-305, UCC3-408." This language has all the hallmarks of the "sovereign citizen" theory that has been consistently rejected by the federal courts as an utterly frivolous attempt to avoid the statues, rules, and regulations that apply to all litigants, regardless of how they portray themselves. *See, e.g.,*

*United States v. Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013) (noting that courts routinely reject sovereign citizen legal theories as "frivolous") (*citing United States v. Benabe*, 654 F.3d 753, 761-67 (7th Cir. 2011) (recommending that sovereign citizen theories "be rejected summarily, however they are presented")); *Roach v. Arrisi*, 2016 WL 8943290 at *2 (M.D. Fla. 2016) (noting that sovereign citizen theories have not only been consistently rejected by the courts, but they have been described as "utterly frivolous," "patently ludicrous," and "a waste of . . . the court's time, which is being paid for by hard-earned tax dollars") (cite omitted); *United States v. Alexio*, 2015 WL 4069160 at *3 (D. Hawaii 2015).

The Court will not accept such a signature. The Clerk of Court is therefore **DIRECTED** to provide plaintiff with two additional copies of the Consent to Collection of Fees Form. Plaintiff will have fourteen days from the date of this order to return this form—with the correct signature—or face a recommendation of dismissal.

**SO ORDERED,** this <u>10th</u> day of June, 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA