IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TRAYON JOEY THOMAS,            )
                               )
    Plaintiff,                 )
                               )
v.                             )   CASE NO. CV419-108
                               )
JOHN T. WILCHER, Sheriff,      )
MEG HEAP, District Attorney,   )
DONNA SIMMS, Assistant         )
District Attorney, JUNE        )
FOOGLE, Public Defender, and   )
ELIZABETH ASHLEY WOODS,        )
Public Defender,               )
                               )
    Defendants.                )
_____)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which Plaintiff objected (Doc. 10). In the report and recommendation, the Magistrate Judge recommends that Plaintiff's complaint should be dismissed due to Plaintiff's failure to comply with the Magistrate Judge's instruction to return a correctly signed Consent Form and Prison Trust Account Statement by June 24, 2019. (Doc. 9.) In lieu of complying with the Magistrate Judge's directive, Plaintiff filed another Consent Form that was signed using an incorrect name. (Doc. 8.) In response to the report and recommendation now presently before the Court, Plaintiff argues that the Consent Form is correctly signed because his

legal name is RaHarrakte Sahu Atum-Rayay. (Doc. 10.) Plaintiff has offered no support that RaHarrakte Sahu Atum-Rayay is his legal name and, in fact, his mother provided an affidavit stating that his legal name is Trayon Joey Thomas. (Doc. 10, Attach. 1.) Because Plaintiff has continually failed to file the correct forms as directed by the Magistrate Judge, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 30th day of September 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA